UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HADI ABDUL HAQQ, <br><br> *Plaintiff*, <br><br> v. <br><br> WALMART DEPARTMENT STORE, <br> *7101 Gateway Blvd. West, El Paso, Texas 79925*, **MCDONALD'S RESTAURANT**, *Walmart Department Store*, **WALMART STORES, INC.**, *702 S.W. 8th Street, Bentonville, Arkansas 72716*, <br><br> *Defendants*. | EP-19-CV-00200-DCG |

## FINAL JUDGMENT

In accordance with the Memorandum Order issued this date in this action, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that the Plaintiff Hadi Abdul Haqq's claims asserted against Defendants Walmart Department Store, McDonald's Restaurant, and Walmart Stores, Inc. in this action are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** the Clerk of the Court **SHALL CLOSE** this case.

So ORDERED and SIGNED this 3rd day of October 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE